JONATHAN CHE GETTLEMAN, SBN 243560
LAW OFFICE OF JONATHAN CHE GETTLEMAN
323 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE:   831-515-5228

Attorney for Plaintiff/ Intervenor Deisy Mora

WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiffs,<br><br>DEISY MORA<br><br>Plaintiff/Intervenor,<br>WIRELESSCOMM, INC., a California Corporation,  LAHOUARI ARIBI, an individual, and KARIM HADID, an individual,<br><br>Defendants, | Case No.: 4:11-CV-4796 (EJD)<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE<br><br>DATE:  February 10, 2012<br>TIME:   9:00am<br>CT RM: 1, 5th Floor<br><br>Honorable Edward J. Davila |

TO DEFENDANT AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 10, 2011 at 9:00AM in Courtroom # 1 or as soon thereafter as the matter may be heard, the aggrieved party DEISY MORA will and now does move this Court under F.R.C.P. Rule 24(a) for leave to intervene into the above-referenced

action as party plaintiff/intervenor. The plaintiff/intervenor's motion shall be heard at the United States Courthouse, 280 South First Street, San Jose, CA, before the Honorable United States District Court Chief Magistrate Judge Edward J. Davila.

This motion is brought in order that the aggrieved party might assert the claims set forth in her proposed Complaint in Intervention, a copy of which is attached as Exhibit A to the accompanying Declaration of Jonathan Gettleman. The grounds for the motion are:

I. Mrs. Mora must be permitted to intervene as a matter of right, because a federal statute confers the unconditional right to intervene in the action, and her motion to intervene is timely.

II. The application of Mrs. Mora is timely because she has sought to intervene at a very early stage in the proceedings, and Defendant Wirelesscomm., Inc. is not prejudiced by her intervention at this time.

This motion is based on the accompanying Memorandum of Points and Authorities, the attached Complaint in Intervention, the Declaration of Jonathan Gettleman, the Complaint filed by the Equal Employment Opportunity Commission on September 28, 2011 and any argument presented to this Court at the date and time scheduled for this matter to be heard.

Respectfully submitted,

DATED: December _2, 2011         LAW OFFICE OF JONATHAN C. GETTLEMAN

By:_____/s_____
    Jonathan Che Gettleman
    Attorney for Plaintiff/Intervenor,
    Deisy Mora