JONATHAN CHE GETTLEMAN, SBN 243560
LAW OFFICE OF JONATHAN CHE GETTLEMAN
323 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE:  831-515-5228

Attorney for Plaintiff/ Intervenor Deisy Mora

WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiffs,<br><br>DEISY MORA<br><br>Plaintiff/Intervenor,<br><br>WIRELESSCOMM, INC., a California Corporation, LAHOUARI ARIBI, an individual, and KARIM HADID, an individual,<br><br>Defendants, | Case No.: 4:11-CV-4796 (EJD)<br><br>DECLARATION OF JONATHAN C. GETTLEMAN IN SUPPORT OF PLAINTIFF/INTERVENOR'S NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE<br><br>DATE:   February 10, 2012<br>TIME:    9:00am<br>CT RM: 1, 5th Floor<br><br>Honorable Edward J. Davila |

I, Jonathan C. Gettleman, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and in the United States District Court for the Northern District.  My California State bar number is 243560.  I represent Plaintiff/Intervenor Deisy Mora in the above-titled matter.  I submit

EEOC v. WIRELESSCOMM, Inc.
Declaration of Jonathan C. Gettleman in Support of
Motion for Leave to Intervene                                                                                          1

1  this declaration as Ms. Mora' attorney.  I base this declaration on my personal
2  knowledge, and I am prepared to testify as to the matters contained herein.
3  2. On September 28, 2011 the Equal Employment Opportunity Commission filed its
4  Complaint in the above-captioned matter.  No initial discovery has been exchanged, no
5  discovery has been propounded, and the first case management conference has not
6  occurred.
7  3. Attached hereto as Exhibit "A" is a copy of the proposed Complaint that
8  Plaintiff/Intervenor requests to file with this Court.

10  I declare under the penalty of perjury under the laws of the United States that the
11  foregoing is true and correct.
12                                    Respectfully submitted,

DATED:  December _2, 2011        LAW OFFICE OF JONATHAN C. GETTLEMAN

                                 By:_____/s_____
                                       Jonathan C. Gettleman
                                       Attorney for Plaintiff/Intervenor

EEOC v. WIRELESSCOMM, Inc.
Declaration of Jonathan C. Gettleman in Support of
Motion for Leave to Intervene                                                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

EEOC v. WIRELESSCOMM, Inc.
Declaration of Jonathan C. Gettleman in Support of
Motion for Leave to Intervene                                3