JONATHAN CHE GETTLEMAN SBN 243560
LAW OFFICE OF JONATHAN C. GETTLEMAN
323 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE:  831-515-5228

Attorney for Plaintiff/ Intervenor Deisy Mora

WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiffs,<br><br>DEISY MORA<br><br>Plaintiff/Intervenor<br><br>vs.<br><br>WIRELESSCOMM, INC., a California Corporation, LAHOURI ARIBI, an individual, and KARIM HADID, an individual,<br><br>Defendants. | Case No.: 4:11 CV 4796<br><br>**PROOF OF SERVICE** |

- 1 -
**Proof of Service Re: Motion to Intervene**

I, Eric Nelson, do hereby declare:

I am over the age of eighteen years of age and not a party to the above captioned action. My business address is 223 River Street, Suite D Santa Cruz, CA 95060.

I served the following documents:

1) NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE

2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE

3) DECLARATION OF JONATHAN C. GETTLEMAN IN SUPPORT OF PLAINTIFF/INTERVENOR'S NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE (Proposed Complaint as Exhibit A)

4) PROPOSED ORDER ON MOTION TO INTERVENE

I served these same documents by placing them in First Class Mail on December 2, 2011 to:

MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
(Lead Attorney for Plaintiff EEOC)

Kassra Nassiri, Esq.
Nassiri & Jung, LLP
47 Keeny Street, Suite 700
San Francisco, CA 94108
(Attorney for Defendant Wirelesscomm)

I declare under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California and parallel federal perjury laws. Executed this 2th day of December, 2012.

_____/s_____

Eric Nelson

- 2 -
COMPLAINT