## VERIFICATION

I declare that I am a plaintiff in the above-entitled action:

I have read the foregoing Complaint in Intervention on behalf of Plaintiff, Deisy Mora, and know the contents thereof; the same is true of my own knowledge, except as to those matters that are therein stated upon my information and belief, and to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification was executed on May 25, 2012 at Stanislaus County, California.

_Deisy A. Mora 5/25/12_
Deisy Mora

**VERIFIED COMPLAINT**