UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　Plaintiff,<br><br>DEISY MORA,<br>　　　　Plaintiff/Intervenor<br><br>　　v.<br>WIRELESSCOMM.INC, et al.,<br>　　　　Defendants.<br>_____/ | No. C 11-4796 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　August 9, 2012<br>Mediator:　Hon. Rebecca Westerfield |

   IT IS HEREBY ORDERED that the request to excuse defendant intervenor Karim Hadid from personal attendance at the August 9, 2012, mediation session before Hon. Rebecca Westerfield is GRANTED. Mr. Hadid shall participate telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

August 2, 2012　　　　　　　　By: _____
Dated
　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　Judge Donna M. Ryu

GRANTED

**UNITED STATES DISTRICT COURT**
For the Northern District of California