UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6                          UNITED STATES  DISTRICT COURT

7                          Northern District of California

8                               San Jose Division

9

10   U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION,                    No. C 11-4796 EJD
                 Plaintiff,
11                                              **ORDER RE: ATTENDANCE AT
     DEISY MORA,                                MEDIATION**
12          Plaintiff/Intervenor

13        v.                                    Date:      August 9, 2012
     WIRELESSCOMM.INC, et al.,                  Mediator:  Hon. Rebecca Westerfield
14          Defendants.
     _____/
15

16

17        IT IS HEREBY ORDERED that the request to excuse defendant intervenor Karim Hadid

18   from personal attendance at the August 9, 2012, mediation session before Hon. Rebecca Westerfield

19   is GRANTED.  Mr. Hadid shall participate telephonically for the duration of the mediation unless or

     until excused by the mediator in accordance with ADR L.R. 6-10(f).
20
          IT IS SO ORDERED.
21

22

23        August 13, 2012             By:

24   Dated                                       Donna M. Ryu
                                                 United States Magistrate Judge Ryu
25                                               Judge Donna M. Ryu

26

                                                 GRANTED

27

28